IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.  NO. 4:19-CR-264 BSM

HAROLD BEASLEY

CLERK'S MINUTES

| | |
|---|---|
| Date: | October 7, 2021 |
| Before: | Hon. Edie R. Ervin |
| Assistant U.S. Attorney | Will Crow |
| Defense Attorney | Jim Wyatt |
| ECRO/CRD | Tenesha Brown |

Defendant Harold Beasley appeared before Judge Edie R. Ervin for a hearing on the Government's Motion to Revoke [DE#51]; the Defendant was admonished by the Court and cautioned that he must get permission to change his address and/or phone number from his U.S Pretrial Services Officer prior to making the change. The Government's Motion to Revoke is denied.