IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                              CASE NO. 4:19-CR-00264-BSM

HAROLD BEASLEY                                                                         DEFENDANT

## ORDER

Harold Beasley's motion to reduce his sentence [Doc. No. 73] is denied because he waived the right to have his sentence modified under Title 18, United States Code, Section 3582(c)(2). *See* Doc. Nos. 65 at 3, and 74; *United States v. Cowan*, 781 F. App'x 571, 571–72 (8th Cir. 2019) (per curiam) (affirming dismissal of a section 3582(c)(2) motion because defendant knowingly entered the plea agreement waving reduction). The government's motion to dismiss Beasley's motion [Doc. No. 74] is denied as moot.

IT IS SO ORDERED this 19th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE